IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

3:25MJ268

IN THE MATTER OF
THE EXTRADITION OF PHILIP
JAMES O'BRIEN A/K/A LEE TYE
A/K/A ADAM ROBERT CLARKE
A/K/A RICARDO LUIS BARRERA

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT
IN SUPPORT OF
APPLICATION FOR
PROVISIONAL ARREST
WITH A VIEW TOWARD
EXTRADITION

(18 U.S.C. § 3184)

WESTERN DISTRICT OF NORTH CAROLINA, SS:

I, ROBERT J. GLEASON, being duly sworn, depose and state that I am an

Assistant United States Attorney with the United States Attorney's Office for the Western

District of North Carolina, and represent the United States in fulfilling its extradition treaty[1]

obligations to the United Kingdom with respect to the fugitive Philip James O'Brien a/k/a Lee

Tye a/k/a Adam Robert Clarke a/k/a Ricardo Luis Barrera ("O'Brien" or the "fugitive").

In accordance with Title 18, United States Code, Section 3184, and the Treaty,

I charge, on information and belief, as follows:[2]

---

[1] *See* Extradition Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland, U.S.-U.K., Mar. 31, 2003, S. TREATY DOC. NO. 108-23 (2004) (the "2003 Treaty"), and related Exchanges of Letters, as amended by the Instrument as contemplated by Article 3(2) of the Agreement on Extradition Between the United States of America and the European Union signed 25 June 2003, as to the application of the Extradition Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland signed 31 March 2003, U.S.-U.K., Dec. 16, 2004, S. TREATY DOC. NO. 109-14 (2006) (the "Instrument"), with Annex (the "Annex") reflecting the integrated text of the operative provisions of the 2003 Treaty and the Instrument (collectively, the "Treaty").

[2] Because the purpose of this Complaint is to establish only probable cause to arrest, I have not set forth a description of all of the facts and circumstances of which I am aware.

1.        <u>Foreign Conviction, Sentence, and Recall to Prison</u>.  According to the materials the Government of the United Kingdom has provided:  On January 23, 2009, after pleading guilty, O'Brien was convicted in the Leicester Crown Court of conspiracy to kidnap, conspiracy to commit false imprisonment, and conspiracy to commit blackmail, all in violation of Section 1(1) of the Criminal Law Act 1977.  On June 26, 2009, the court sentenced him to twelve years imprisonment, with credit for the time he had already served on remand.  On March 25, 2014, O'Brien was released from prison, subject to conditions, to serve the remainder of his sentence on "license," subject to conditions.  On May 4, 2018, the Secretary of State for Justice revoked O'Brien's "license" and recalled him to prison because O'Brien failed to comply with his release conditions.

2.      The offenses for which O'Brien was convicted and sentenced were committed within the jurisdiction of the United Kingdom.

3.      <u>Provisional Arrest Request</u>.  The Treaty provides in Article 12 for the provisional arrest and detention of alleged fugitives pending the submission of a formal request for extradition and supporting documents.  In accordance with Article 12 of the Treaty, the Government of the United Kingdom has asked the United States for the provisional arrest of O'Brien with a view toward his extradition to serve the remainder of his sentence.  The Government of the United Kingdom has represented that it will submit a formal request for extradition supported by the documents the Treaty specifies and within the time the Treaty requires.

4.      <u>O'Brien's Presence and Provisional Arrest in the United States</u>:  On October 7, 2025, U.S. law enforcement found and provisionally arrested O'Brien at Mooresville, NC, in the Western District of North Carolina, pursuant to a provisional arrest

2

warrant for O'Brien that a magistrate judge in the Eastern District of New York had issued for O'Brien on or about September 9, 2025, based on a complaint that alleged substantially the same facts as those set forth above.

WHEREFORE, the undersigned requests that the Court detain O'Brien in accordance with 18 U.S.C. § 3184 and the Treaty, pending extradition proceedings.

ROBERT J. GLEASON
Assistant United States Attorney

Sworn to before me this
_____ day of Oct., 2025

THE HONORABLE SUSAN C. RODRIGUEZ
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA

3